**Raymond GONZALEZ, Plaintiff–Appellant,**

**v.**

**Gary PENROD, San Bernardino County Sheriff, individual and official capacity and Schneider, San Bernardino County Deputy Sheriff, individual, Defendants–Appellees.**

**No. 09–55647.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Oct. 4, 2010.

Raymond Gonzalez, Imperial, CA, pro se.

Susan E. Coleman, Esquire, L. Trevor Grimm, Esquire, David J. Wilson, Man-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ning & Marder Kass Ellrod Ramirez LLP, Los Angeles, CA, for Defendants–Appellees.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

The district court properly dismissed the action because Raymond Gonzalez ("Gonzalez") failed to exhaust administrative remedies prior to filing suit. *See Woodford v. Ngo,* 548 U.S. 81, 90, 95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) ("proper exhaustion" under 42 U.S.C. § 1997e(a) is mandatory and requires adherence to administrative procedural rules).

We decline to consider arguments presented for the first time on appeal. *Smith v. Marsh,* 194 F.3d 1045, 1052 (9th Cir. 1999).

Gonzalez's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).